## Van Vechten *against* Hopkins.

NEW-YORK,
May, 1807.

Van Vechten
v.
Hopkins.

A defendant in an action for a libel, was held to bail for 1,000 dollars, by order of a judge, on an affidavit, stating that he was a transient person, and resided out of the state, and the court, on motion, refused to discharge him on filing a common appearance.

RIKER moved to discharge the defendant in this cause, on filing common bail, or to reduce the sum for which he had been held to bail on his arrest. The action brought against the defendant was for a libel. The publication was admitted in the affidavit of the defendant. The libellous paper was an affidavit of the defendant, signed by him, stating a conversation as heard by the defendant, between the plaintiff and another person, relative to articles of coalition between certain federalists and the friends of Governor *Lewis,* by which the latter engaged to support a federal candidate for governor, in the election for 1810, if the former would support governor *Lewis* at the approaching election, and which agreement in writing the defendant pretended to have seen in the office of the plaintiff.

On an affidavit, stating that the defendant was a transient person, and resided out of the state of *New-York,* the chief justice had granted an order to hold him to bail in the sum of one thousand dollars.

*Riggs,* for the plaintiff.

*Per Curiam.* The publication charges the plaintiff with an act of political turpitude, immoral in its nature, and manifesting a want of principle. It is *prima facie* libellous, and that is enough on the present motion. The cause shown for holding to bail was sufficient, and is therefore one of the cases excepted out of the general rule, that you cannot hold to bail for a libel. The sum required was not excessive.

TOMPKINS, J. gave no opinion.

Rule refused.